AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations Sheet 1

Case 1:22-cr-00178   Document 6   Filed on 05/27/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Brownsville

UNITED STATES OF AMERICA

v.

**UBALDO ARRIAGA RAMIREZ**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 1:22CR00178-001**
**USM NUMBER: 28936-064**

Arturo Vasquez, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>mandatory and special</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **Mandatory Condition:** You must not commit another federal, state, or local crime | 12/15/2021 |
| 2 | **Special Condition:** If not detained by the Bureau of Immigration and Customs Enforcement (ICE) at the time of release, or if detained and later released, within 72 hours of release from the custody of the Bureau of Prisons (BOP), the defendant shall report in person to the probation office in the district to which the defendant is released. If the defendant is detained by ICE and returned to a foreign country, the defendant is to report within 72 hours of any subsequent return to the United States during the period of supervised release. | 12/15/2021 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: None
Defendant's Date of Birth: XX/XX/1976

City and State of Defendant's Residence:
Tlaquepaque, Jalisco, Mexico

May 11, 2022
Date of Imposition of Judgment

*/s/ Signature*
Signature of Judge

**ROLANDO OLVERA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

May 27, 2022
Date

Judgment — Page 2 of 2

DEFENDANT: **UBALDO ARRIAGA RAMIREZ**
CASE NUMBER: 1:22CR00178-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 8 months.

The imprisonment term imposed by this judgement shall run concurrently to the imprisonment term imposed in Docket Number 1:22CR00023-001.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in a facility near Butner, North Carolina or Williamsburg, South Carolina.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL